

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Teresita V. Magsino<br>Assistant Corporation Counsel<br>Administrative Law Division<br>Phone (212)788-8899<br>Fax (212) 791-9714<br>tmagsino@law.nyc.gov |

August 21, 2008

**By ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

      Re: <u>GFS Inc., d/b/a Jobee's Orient, and Theresa Shieh v. Department of Health and Mental Hygiene of the City of New York, et al.</u>, 08CV6276 (GBD)

Dear Judge Daniels:

      This office represents defendants[1] in the above-referenced action. I write to request a 45-day extension of defendants' time to respond to the complaint so that this office will be able to finish gathering information required to respond to the plaintiff's allegations. Additionally, I will be at trial from September 18th through October 2nd. Moreover, defendants Martha Robinson and Beth Torin have not yet been served individually. Currently, defendants' answer in this action is due on August 25, 2008. Plaintiffs have consented to this request. This is

---

[1] We represent the New York City Department of Health and Mental Hygiene ("DOHMH") and DOHMH Commissioner Thomas R. Frieden. We anticipate that we will be representing defendants Martha Robinson and Beth Torin.

Honorable George B. Daniels
August 21, 2008
Page 2

defendants' first request for an extension of its time to respond to the complaint and I respectfully request that your Honor grant the instant application.

Respectfully submitted,

Teresita V. Magsino (TM 0818)
Assistant Corporation Counsel

cc:   Paul A. Batista, P.C. (by ECF)
      Attorney for Plaintiffs