UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
GFS, INC., d/b/a JOBEE'S ORIENT and THERESA
SHIEH,

                 Plaintiffs,

      -against-             **NOTICE OF APPEARANCE**

NEW YORK CITY DEPARTMENT OF HEALTH AND   08-CV-6276 (GBD)
MENTAL HYGIENE, THOMAS R. FRIEDEN, as
Commissioner of the New York City Department of Health
and Mental Hygiene, MARTHA ROBINSON, and BETH
TORIN,

                 Defendants.
------------------------------------------------------------------- x

  **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Teresita V. Magsino, appears as counsel for the Defendants, the New York City Department of Health and Mental Hygiene ("DOHMH"), Thomas R. Frieden, Martha Robinson and Beth Torin, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
   August 21, 2008

                     MICHAEL A. CARDOZO
                     Corporation Counsel of
                      the City of New York
                     Attorney for Defendants
                     100 Church St., Rm.5-175
                     New York, New York  10007
                     Email: tmagsino@law.nyc.gov
                     Tel: (212) 788-8889
                     Fax: (212) 791-9714

               By: _____
                    Teresita V. Magsino (TM 0818)
                    Assistant Corporation Counsel

TO:  Paul A. Batista, P.C. (by ECF)
     Attorney for Plaintiffs