

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 6 2008

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Teresita V. Magsino
Assistant Corporation Counsel
Administrative Law Division
Phone (212)788-8899
Fax (212) 791-9714
tmagsino@law.nyc.gov

August 25, 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**
AUG 2 6 2008

**By Messenger**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

Re: GFS Inc., d/b/a Jobee's Orient, and Theresa Shieh v. Department of Health and Mental Hygiene of the City of New York, et al., 08CV6276 (GBD)

Dear Judge Daniels:

This office represents defendants in the above-referenced action. I write to request a 45-day extension of defendants' time to respond to the complaint so that this office will be able to finish gathering information required to respond to the plaintiffs' allegations. Additionally, I will be at trial from September 18th through October 2nd. Moreover, defendants Martha Robinson and Beth Torin have not yet been served individually. Currently, defendants' answer in this action is due today, August 25, 2008. Plaintiffs have consented to this request. I apologize to the Court for the short notice but I mistakenly filed this request by ECF on August 21st which the ECF clerk rejected on August 22nd. This is defendants' first request for an extension of its

Honorable George B. Daniels
August 25, 2008
Page 2

time to respond to the complaint and I respectfully request that your Honor grant the instant application.

Respectfully submitted,

Teresita V. Magsino (TM 0818)
Assistant Corporation Counsel

cc:   Paul A. Batista, P.C. (by messenger)
      Attorney for Plaintiffs
      26 Broadway
      New York, New York 10004